

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00114-CV

**PATRICK LEE MULLINS,**

Appellant

v.

**THE HONORABLE MARK HOLT,**

Appellee

**From the Justice of the Peace Court
Precinct 3
Walker County, Texas**

# O R D E R

Subsequent to the issuance of an opinion on May 9, 2013 in which we dismissed Patrick Lee Mullins's appeal as frivolous, Mullins presented two motions for filing with the Court:

1.  "Appellants Late Motion for Leave to File Affidavit of Indigence so as to Proceed In Forma Pauperis on Appeal;" and

2.  "Appellant's First Verified Motion to Suspend Rule 9.5, Tex. R. App. Pro."

We have processed Mullins's appeal as if Mullins was pro se as was made quite clear in his initial filings. Further, Mullins's appeal was processed on the limited number of copies we received.

Accordingly, Mullins's belated motion for leave to proceed as a pauper is unnecessary; and we dismiss both the motion for leave to file and the motion to waive Texas Rule of Appellate Procedure 9.5 as moot.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motions dismissed
Order issued and filed May 23, 2013